1002

THE STATE OF WASHINGTON, *Respondent,* v. ELOISE
WHITE, *Appellant.*

Appeal from judgments of the Superior Court for Pierce
County, Nos. 57180, 57310, 58526, Thomas A. Swayze, Jr.,
J., entered April 13, 1983. *Reversed* by unpublished opinion
per Alexander, J., concurred in by Worswick, C.J., and
Reed, J.

[No. 6978–0–II.   Division Two.   June 12, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
JOHN KESSELL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 81–1–00101–7, Thomas L. Lodge, J., entered
March 3, 1983. *Reversed* and *remanded* by unpublished
opinion per Reed, A.C.J., concurred in by Petrich and
Alexander, JJ.

[No. 8208–0–II.   Division Two.   June 12, 1985.]

*In the Matter of the Welfare of*
KIMBERLY DIANE JOHNSON.

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 83–8–00010–9, Don L. McCulloch, J.,
entered October 4, 1984. *Affirmed* by unpublished opinion
per Worswick, C.J., concurred in by Petrich and Alexander,
JJ.